# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2019

159087 & (21)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

LAVETA ANDERSON and CHARLES J.
TAUNT,
        Plaintiffs-Appellees,

v

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC:  159087
COA:  344549
Oakland CC:  2016-153143-NH

JENNY SHIH, D.O., and THE WELLNESS
PLAN,
        Defendants-Appellants,
and

INOCENCIO CUESTA, M.D., MALINI
VENKATRAM, M.D., SUCHITA
BHEEMREDDY, M.D., KARTHIK YADAGIRI,
P.T., RUPA PATEL, P.T., UNIVERSITY
PHYSICIAN GROUP, VHS PHYSICIANS OF
MICHIGAN, HARPER-HUTZEL HOSPITAL,
LEGACY HHH, VHS HARPER-HUTZEL, INC.,
VHS OF MICHIGAN, INC., LEGACY DMC,
TENET HEALTHCARE CORPORATION,
BOTSFORD GENERAL HOSPITAL,
THERAMATRIX, INC., d/b/a THERAMATRIX
PHYSICAL REHABILITATION,
THERAMATRIX PHYSICAL REHABILITATION,
THERAMATRIX PHYSICAL THERAPY
NETWORK, L.L.C., and THERAMATRIX
PHYSICAL THERAPY PLAN, INC.,
        Defendants.
_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 26, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. Trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2019
_____



a0305

Clerk